UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARC LAMOUREUX AND SUSAN KIMBROUGH,<br><br>      Plaintiffs,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, and EQUIFAX INFORMATION SERVICES, LLC<br><br>      Defendants. | NO. 2:17-cv-01423-RAJ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS OCWEN LOAN SERVICING, LLC AND EQUIFAX INFORMATION SERVICES, INC.**<br><br>NOTED FOR HEARING<br><br>NOVEMBER 2, 2018 |

Plaintiffs Marc Lamoureux and Susan Kimbrough, by and through their counsel, and Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Equifax Information Services, Inc. ("Equifax"), by and through its counsel, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the matter between Plaintiffs and Equifax should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

/ /

/ /

/ /

STIPULATION AND ORDER OF DIMISSAL - 1

**HENRY & DeGRAAFF, PS**
150 NICKERSON ST, STE 311
SEATTLE WA 98109
(206) 330-0595/F (206) 400-7609

1  | //

2  DATED this 2nd day of November, 2018

3

4  **HENRY & DEGRAAFF, P.S.**

5  By: /s/ Christina L Henry
   Christina L Henry, WSBA #31273
   150 Nickerson St, Ste 311

6  Seattle, WA 98109
   T: 206-330-0595/ F: 206-400-7609

7  chenry@hdm-legal.com

8  **ANDERSON SANTIAGO, PLLC**

9  By: /s/ Jason D. Anderson
   Jason D. Anderson, WSBA No. 38014

10 Attorney for Plaintiff
   787 Maynard Ave. S. Suite 201

11 Seattle, WA 98104
   (206) 395-2665

12 (206) 395-2719 (fax)

13

14 **TROUTMAN SANDERS LLP**

15  _/s/ Ethan G. Ostroff_____
   Ethan G. Ostroff

16 222 Central Park Avenue
   Suite 20000

17 Virginia Beach, VA 23464
   (757) 687-7541

18 Ethan.ostroff@troutmansanders.com

   **LANE POWELL, PC**
19
    _/s/ Abraham K. Lorber_____
20  Abraham K. Lorber
    1420 Fifth Ave

21  Suite 4200
    Seattle, WA 98111

22  206-223-7000
    Fax 206-223-7107

23  lorbera@landpowell.com

STIPULATION AND ORDER OF DIMISSAL - 2

**KING & SPALDING, LLP**

*/s/ N. Charles Campbell_____*
N. Charles Campbell
1180 Peachtree Street, N.E.
Atlanta, GA 3309-3521
404-572-2748
Fax 404-572-5100
ccampbell@kslaw.com

**MARKOWITZ HERBOLD PC**

*__/s/ Jeffrey M. Edelson_____*
Jeffrey M. Edelson
1211 SW 5th Ave
Ste 3000
Portland, OR 97204-3730
506-295-3085
jeffedelson@MHGM.com

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.


_____
Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DIMISSAL - 3

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served a copy of **Stipulation and Order of Dismissal via ecf**:

Ethan G Ostroff
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23464
Ethan.Ostroff@troutmansanders.com
*Attorney for Defendant Ocwen Loan
Servicing, LLC*

Abraham K Lorber
LANE POWELL PC
1420 Fifth Avenue
Suite 4200
Seattle, WA 98111-9402
lorbera@landpowell.com
*Attorney for Defendant Ocwen Loan
Servicing, LLC*

Jeffrey M. Edelson
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
jeffedelson@markowitzherbold.com
*Attorney for Defendant Equifax Information
Services, LLC*

N. Charles Campbell, II
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
ccampbell@kslaw.com
*Attorney for Defendant Equifax Information
Services, LLC*

[ X ]  Via Email pursuant to electronic service agreement
[ ]    Via Facsimile
[ X ]    Via First Class Mail
[ ]    Via Certified Mail, Return Receipt Requested
[ ]    Via Messenger

DATED this 2nd of November, 2018 at Seattle, Washington.

__/s Christina L Henry___
Christina L Henry

Certificate of Service - 1